IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY LAMAR MCCOY                                                                                    PLAINTIFF

v.                                              4:21CV00561-KGB-JTK

JOSEPH GORMAN, et al.                                                                            DEFENDANTS

## ORDER

Terry Lamar McCoy ("Plaintiff") has filed a Motion for Judgment on the Pleadings/Motion to Strike Defendants' Answer to Amended Complaint/Motion to Order Defendants to Give a More Definite Statement, along with a Motion to Order Defendants to Admit to Genuiness. (Doc. Nos. 38, 39). For the reasons set out below, Plaintiff's Motions (Doc. Nos. 38, 39) are DENIED.

Plaintiff's Motion to Order Defendants to Admit to Genuiness (Doc. No. 39) appears to be Requests for Admission under Federal Rule of Civil Procedure 36. Plaintiff does not need leave of the Court to serve discovery requests on Defendants Gorman, Adams, or Baker. See FED. R. CIV. P. 36(a)(1) ("A party may serve on another party a written request to admit . . . .") Accordingly, Plaintiff's Motion (Doc. No. 39) is DENIED as moot.

Plaintiff's Motion for Judgement on the Pleadings/Motion to Strike Defendants' Answer to Amended Complaint/Motion to Order Defendants to Give a More Definite Statement (Doc. No. 38) is not entirely clear. Plaintiff appears to argue that Defendants answered Plaintiff's Amended Complaint "under the scope of Rule 36(4)" instead of properly laying out their defenses. As the Court reads Plaintiff's Motion, Plaintiff argues that Defendants cannot raise defenses later that they did not raise in their Answer. The Court would consider such arguments if Defendants seek relief improperly. But for now, at least, Plaintiff's request is premature and, therefore, denied.

IT IS SO ORDERED this 6th day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE