IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　Case No. 4:21-cv-00561-KGB

**JOSEPH GORMAN, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 143). The time for filing objections to the Recommendation has passed, and no objections have been filed. After carefully considering the Recommendation and this matter, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that the claims in this case are dismissed with prejudice, consistent with the parties' settlement reached in this case. The parties' joint motion to dismiss is granted (Dkt. No. 142).

It is so ordered this 29th day of September, 2025.

Kristine G. Baker
Chief United States District Judge