IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                           **PLAINTIFF**

v.                             **Case No. 4:21-cv-00561-KGB**

**JOSEPH GORMAN, et al.**                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff's claims are dismissed with prejudice, consistent with the parties' settlement reached in this case.

It is so adjudged this 29th day of September, 2025.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge